# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CARL ROBINSON, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 16-4224 |
| | : | |
| VINCENT MOONEY, et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this 16th day of July, 2018, upon independent consideration of the petition for writ of *habeas corpus*, the response and supplemental response to the petition (Documents #12 and 16), and after careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin, there being no objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of *habeas corpus* is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.